IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ANITA JOHNSON and JOHN CONE,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTIONETTE MARSH, WERNER ENTERPRISES, and ACE AMERICAN INSURANCE CO.,<br><br>    Defendants. | CIVIL ACTION NO.: 4:24-cv-114 |

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's November 25, 2024, Report and Recommendation, (doc. 31), to which no party has filed an objection. Accordingly, the Court **ADOPTS** the Report and Recommendation as its opinion. (Doc. 31.) Defendants' Motion to Dismiss is **GRANTED**. (Doc. 7.) Plaintiffs' Motion for Permission to Voluntarily Dismiss Without Prejudice is **DENIED**. (Doc. 29.) Plaintiff's Complaint is **DISMISSED with prejudice**. (Doc. 1-1.) The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 13th day of December, 2024.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA